IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ADRIANA DELATORRE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:19-CV-203-M-BR |
| AMARILLO MUNICIPAL COURT, et al., | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on Defendant's Motion to Dismiss (Dkt. No. 10). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and this case is dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED this 1st day of September, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE